# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

_____

Rebecca Hanson,

                Plaintiff,                                Civil No.: 06-3368 (RHK/AJB)

v.

The American National Red Cross,                  **ORDER**

                Defendant.
_____

      The above matter came before the Court on a Stipulation of the parties.  Based upon the Stipulation for Voluntary Dismissal with Prejudice (Doc. No. 10), by and between the parties, and all of the files and proceedings herein, **IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** on the merits and without costs, disbursements or attorneys' fees to either party.

      Dated:  November 20, 2006

                                                      s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge

1947733v1